Kathleen Mary Salyer, Wifredo A. Ferrer, Cristina V. Maxwell, Maria Kostantina Medetis, Michael Sofia, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Timothy Starks, Coleman, FL, pro se.

Kenneth Lee Weisman, Law Offices of Kenneth Weisman, Miami, FL, for Defendant–Appellant.

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Mauricio Aldazabal, appointed counsel for Timothy Starks, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Starks's conviction and sentence are **AFFIRMED**.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Eugene Antonio GOVAN, Defendant–Appellant.

No. 15–11140
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 9, 2015.

Germaine Seider, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, J. Bishop Ravenel, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

738

Before WILLIAM PRYOR, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Eugene Govan in this direct criminal appeal, has moved to withdraw from further representation of Mr. Govan and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Govan's conviction and sentence are **AFFIRMED**. Because the final judgment incorrectly listed the offense of conviction as 18 U.S.C. §§ 922(g)(1), 924(e)(4)—and because § 924 subsection (e)(4) does not exist—we **VACATE** and **REMAND** for the limited purpose of correcting this clerical error.